UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:10CR510 HEA |
| GHALIB ALTAF SHAHJAMALUDDIN, | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Wednesday, July 13, 2011, is reset to Thursday, July 21, 2011, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 8th day of July, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE